UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FIRST IMPRESSIONS SALON, INC., *et al.*, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

NATIONAL MILK PRODUCERS FEDERATION, *et al.*,

        Defendants.

Case No. 3:13-cv-00454-NJR-SCW
Pending in the Southern District of Illinois

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

Plaintiffs here move this Court for an order compelling non-party Bongards Creameries to comply with the subpoena served upon it in *First Impressions Salon, et al. v National Milk Producers Federation, et al.*, Civil Action No. 3:13-CV-00454-NJR-SCW, currently pending in the United States District Court for the Southern District of Illinois.  In support of this motion, Plaintiffs submit the accompanying memorandum.

Dated:  May 15, 2018.

                Respectfully submitted,

                */s/  Shawn M. Raiter*
                Shawn M. Raiter #240424
                LARSON • KING, LLP
                30 East Seventh Street
                Saint Paul, Minnesota  55101
                (651) 312-6518
                sraiter@larsonking.com

Charles Barrett
NEAL & HARWELL, PLC
1201 Demonbreun St.
Suite #1000
Nashville, Tennessee  37203
(615) 244-1713
cbarrett@nealharwell.com

Michael Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Mailing Address: P.O. Box 241790
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-9168
dbarrett@barrettlawgroup.com

Dianne M. Nast
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I served the foregoing via email and U.S. Mail on John Krenn of Gray Plant Mooty, 80 South 8th Street, 500 IDS Center, Minneapolis, MN 55402, counsel for non-party Bongards Creameries, and all other counsel of record in this action by U.S. and electronic mail.

*/s/   Shawn M. Raiter*