UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FIRST IMPRESSIONS SALON, INC., *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, *et al.*,<br><br>Defendants. | Case No. 3:13-cv-00454-NJR-SCW<br>Pending in the Southern District of Illinois |

## **MEET AND CONFER STATEMENT**

Plaintiff, through counsel, Charles F. Barrett, certify that the parties have met and conferred in good faith with counsel for Bongards Creameries, John Krenn, regarding the issues raised in this motion. During our meet and confer process, Bongards' counsel agreed to produce some information sought in the subpoena but not the customer information sought in this motion to compel.

Dated: May 15, 2018.

                                                                      */s/  Shawn M. Raiter*
                                                  Shawn M. Raiter #240424
                                                  LARSON • KING, LLP
                                                  30 East Seventh Street
                                                  Saint Paul, Minnesota  55101
                                                  (651) 312-6518
                                                  sraiter@larsonking.com

Charles Barrett
NEAL & HARWELL, PLC
1201 Demonbreun St.
Suite #1000
Nashville, Tennessee  37203
(615) 244-1713
cbarrett@nealharwell.com

Michael Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Mailing Address: P.O. Box 241790
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-9168
dbarrett@barrettlawgroup.com

Dianne M. Nast
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Attorneys for the Plaintiffs*