UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FIRST IMPRESSIONS SALON, INC., *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, *et al.*,<br><br>Defendants. | Case No. 3:13-cv-00454-NJR-SCW<br>Pending in the Southern District of Illinois |

## **DECLARATION OF CHARLES F. BARRETT**

I, Charles F. Barrett, declare as follows:

1. I am over eighteen years of age and am otherwise competent to make this Declaration.

2. I make this Declaration based upon my own personal knowledge of the matters set forth herein.

3. I am an attorney with Neal & Harwell, PLC, and am counsel for the class Plaintiffs in this matter.

4. Under Rule 45, and with the blessing of the District Court for the Southern District of Illinois, Plaintiffs and Defendants jointly issued seventeen subpoenas *duces tecum* on various members of Defendant Cooperatives Working Together, including non-party Bongards Creameries.

5. On January 2, 2018, the parties to this action jointly served a subpoena on non-party Bongards Creameries. A true and correct copy of this subpoena is attached as Exhibit 1 to the Motion to Compel Compliance with Subpoena.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2018.

                                            */s/ Charles F. Barrett*
                                            Charles F. Barrett