UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FIRST IMPRESSIONS SALON, INC., et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, et al.,<br><br>    Defendants. | Court File No.  18-MC-00032 DSD/SER<br>Related to Case No.:<br>3:13-cv-00454-NJR-SCW (S.D. Ill.)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION** |

It is hereby stipulated and agreed, by and between counsel for Plaintiffs in the above-entitled action and counsel for Bongards' Creameries that Bongards Creameries shall have until Friday, May 25, 2018 to file and serve its response to the motion of Plaintiffs brought in this matter seeking to compel compliance with subpoena (filed May 15, 2018 as document one).

Accordingly, an order may be entered by the court without further notice to any of the parties.

Dated: May 21, 2018

By:    */s/John L. Krenn*
    John L. Krenn (#12493X)
    John.krenn@gpmlaw.com
    Gregory R. Merz, (#185942)
    Gregory.Merz@gpmlaw.com

80 South Eighth St.
500 IDS Center
Minneapolis, MN  55402
Telephone:   612.632.3000
Facsimile:    612.632.4444

Attorneys for Bongards Creameries

Dated: May 21, 2018

By:     */s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
LARSON KING, LLP
30 East Seventh Street
St. Paul, Minnesota  55101
(651) 312-6518
sraiter@larsonking.com

Charles Barrett
NEAL & HARWELL, PLC
1201 Demonbreun St.
Suite #1000
Nashville, Tennessee  37203
(615) 244-1713
cbarrett@nealharwell.com

Michael Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Mailing Address: P.O. Box 241790
Little Rock, Arkansas  72223
(501) 821-5575
mikeroberts@robertslawfirm.us

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, Mississippi  39095-0927
(662) 834-9168
dbarrett@barrettlawgroup.com

Dianne M. Nast
NastLaw LLC
1101 Market Street
Suite 3902
Philadelphia, Pennsylvania  19107
(215) 923-9300
dnast@nastlaw.com

Attorneys for the Plaintiffs