UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FIRST IMPRESSIONS SALON, INC., et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, et al.,<br><br>Defendants. | Court File No. 18-MC-00032 DSD/SER<br>Related to Case No.:<br>3:13-cv-00454-NJR-SCW (S.D. Ill.)<br><br>**PROPOSED ORDER** |

Based upon the stipulation filed by counsel, the court hereby orders that the response of Bongards' Creameries to the Plaintiffs' Motion to Compel Compliance with Subpoena shall be due May 25, 2018.

                                                                              _____
                                                                              Steven E. Rau
                                                                              United States Magistrate Judge

GP:4829-1425-1878 v1