UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FIRST IMPRESSIONS SALON, INC., *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, *et al.*,<br><br>Defendants. | Case No. 18-MC-00032 (DSD/SER)<br><br>Related to Case No. 3:13-cv-00454-NJR-SCW Pending in the Southern District of Illinois |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiffs hereby provide notice that they are withdrawing their motion to compel compliance with subpoena served on Bongards Creameries (Doc. 1). After the hearing on Plaintiffs' motion on September 21, 2018, Plaintiffs conferred with Bongards and reached an agreement regarding the documents that Bongards will produce pursuant to the subpoena. Therefore, Plaintiffs withdraw their motion to compel.

Dated: October 11, 2018.

Respectfully submitted,

/s/ *Shawn M. Raiter*
Shawn M. Raiter #240424
Ben Mulligan #0399353
LARSON • KING, LLP
30 East Seventh Street
Saint Paul, Minnesota 55101
(651) 312-6518
sraiter@larsonking.com
bmulligan@larsonking.com

Benjamin C. Aaron (TN #034118) (*pro hac vice*)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
Email: baaron@nealharwell.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, I served the foregoing on John Krenn of Gray Plant Mooty, 80 South 8th Street, 500 IDS Center, Minneapolis, MN 55402, counsel for non-party Bongards Creameries, and all other counsel of record through the Court's CM/ECF system.

/s/ *Shawn M. Raiter*